UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL K. LEGISTER,<br><br>                    Plaintiff,<br><br>       -against-<br><br>LEAH RADOWITZ, et al.,<br><br>                    Defendants. | 1:20-CV-9330 (LLS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued December 16, 2020, dismissing this action,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed. The Court dismisses Plaintiff's claims that challenge final orders and judgments of the New York Family Court, Orange County, under the *Rooker-Feldman* doctrine, for lack of subject-matter jurisdiction, *see* Fed. R. Civ. P. 12(h)(3), and alternatively, under the domestic-relations abstention doctrine first articulated by the Court of Appeals in *American Airlines, Inc. v. Block*, 905 F.2d 12, 14 (2d Cir. 1990).

The Court dismisses Plaintiff's remaining claims under 42 U.S.C. § 1983 against New York Family Court Support Magistrate Barbara O. Afriyie as frivolous and for seeking monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2)(B)(i), (iii).

The Court dismisses Plaintiff's claims under § 1983 against Leah Radowitz, Deborah Radowitz, and "New York State Child Support Unit of Goshen, NY Orange County" for failure to state a claim on which relief may be granted. 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court declines to consider, under its supplemental jurisdiction, Plaintiff's claims under state law. 28 U.S.C. § 1367(c)(3).

Plaintiff has consented to electronic service of Court documents. (ECF 3.)

SO ORDERED.

Dated:   December 16, 2020
        New York, New York

                                                      COLLEEN McMAHON
                                          Chief United States District Judge